NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**EASTERN SHAWNEE TRIBE OF OKLAHOMA,**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

---

2008-5102

---

On remand from the Supreme Court of the United States.

---

**JUDGMENT**

---

BRIAN J. LEINBACH, Engstrom, Lipscomb & Lack, of Los Angeles, California, argued for plaintiff-appellant.

AARON P. AVILA, Trial Attorney, Environment and Natural Resource Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee. With him on the brief was JOHN C. CRUDEN, Acting Assistant Attorney General. Of counsel was ANTHONY A. YANG, Assistant to the Solicitor General.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (GAJARSA,[*] DYK, and MOORE, *Circuit Judges*).

**AFFIRMED. *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

November 3, 2011      /s/ Jan Horbaly,
        Date                Jan Horbaly
                              Clerk

---

[*] Judge Gajarsa assumed senior status on July 31, 2011.